#8445
$4.70
10/24/11
njc

# LUCIEN A. MORIN, II
## CHAPTER 7 TRUSTEE
25 East Main Street
Rochester, New York 14614
Telephone: (716) 546-2500
Fax: (716) 546-7218
E-mail: zmcmw@aol.com

October 21, 2011

Paul R. Warren, Clerk of Court
United States Bankruptcy Court, WDNY
1220 U.S. Courthouse
100 State Street
Rochester, NY 14614

Re: Edward A. Jones, BK 10-21855
Request to Deposit Unclaimed Funds into the United States Treasury

Dear Clerk of Court:

Enclosed please find my Trustee's check in the amount of $4.70. I request that the Clerk of Court deposit said funds, in the name of the creditors and in the amounts listed below, with the U.S. Treasury as "unclaimed funds."

\_\_\_\_ I have made a diligent effort to locate the claimant(s) for said funds and have been unable to locate the claimant(s), **or**

__X__ The funds represent dividend payment(s) of less than $5.00 to the affected creditor and are required to be treated as unclaimed funds by Bankruptcy Rule 3010(a).

University of Rochester        Amount $4.70        Claims Register #1



FILED OCT 24 2011 BANKRUPTCY COURT ROCHESTER, NY

_____
Lucien A. Morin II, Chapter 7 Trustee